**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| TEJEDA CORONADO, Yoldari | ▮▮▮▮ | 2 |

## SUMMARY OF EVENT:

Review of telephonic communication between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (CD1), hereinafter referred to as CD1, utilized by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), to discuss the proposed robbery of kilogram quantities of cocaine from a drug stash house.

## NARRATIVE:

1. ATF Special Agent (SA) 6021 reviewed the recorded phone call between CD1 and Yoldari TEJEDA CORONADO (H/M, DOB: ▮▮/2001). The reviewed communication occurred on October 2, 2025. Below is only a summary and is not verbatim. It should be noted that all communication occurred in the Spanish language and was summarized in this report by SA 6021 who is proficient in English/Spanish.

2. On October 2, 2025, under the direction of Agents, CD1 communicated telephonically with TEJEDA CORONADO, utilizing telephone number ▮▮▮▮-5766 for the purpose of discussing the proposed robbery of kilogram quantities of cocaine from a drug stash house.

3. During the call, CD1 informed TEJEDA CORONADO that they had a Mexican associate (SA 6021) who regularly picks up 20kg to 30kg of cocaine from a drug stash house. CD1 further stated that SA 6021 asked CD1 if they had individuals to facilitate the robbery of the narcotics. Then, CD1 further stated that SA 6021 told CD1 that if they were able to find individuals willing to commit the robbery of narcotics, SA 6021 would provide CD1 with three (3) or four (4) kilograms of cocaine as payment. Then, TEJEDA CORONADO stated "Seuna linda" (sounds good). Then, CD1 asked TEJADA CORONADO if he would be willing to meet with SA 6021 the next time they were in town to discuss how the robbery would be conducted. Then, TEJEDA CORONADO stated that he was willing to meet with SA 6021 at a later date and instructed CD1 to let him know when SA 6021 would be in town to meet. Then, TEJEDA CORONADO stated "Si tiene que amarar todo elm undo que este ayi" (If we have to tie up everyone that's present at the stash house) he is willing to do so.

4. The CD1 further explained that SA 6021 would have the details of the stash house beforehand. Then, TEJEDA CORONADO told CD1 to let him know when SA 6021 was available to meet and discuss the plan. Then, CD1 told TEJADA CORONADO that they would let him when SA 6021 was available to meet with him. Then, TEJADA CORONADO asked CD1 if his associate had sent them photos of the firearms TEJEDA

| Prepared by: Gina Galantino | Title: Special Agent | Signature: | Date: 10/05/2025 |
|---|---|---|---|
| Authorized by: Robert Jacobsen | Title: Group Supervisor | Signature: | Date: 10/05/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| TEJEDA CORONADO, Yoldari | ■■■■■■■ | 2 |

CORONADO has for sale. Then, CD1 informed TEJEDA CORONADO that they hadn't received the photos. Then, CD1 instructed TEJADA CORONADO to send them the photos of the firearms and the price of the firearms, to which TEJEDA CORONADO agreed.

ATF EF 3120.2 (10-2004)
For Official Use Only